UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-20272-CR-SEITZ

MAGISTRATE JUDGE
BANDSTRA

UNITED STATES OF AMERICA

vs.

JUAN CARLOS ELSO,
a/k/a J.C. Elso and
ANDREW DIAZ,
a/k/a Andres Diaz,

    Defendants.
_____/

## MOTION TO SEAL

Pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure, the United States Attorney, by and through the undersigned Assistant United States Attorney, respectfully requests that this Honorable Court seal the indictment, warrants for arrest, and court reporter's notes, if any, relative to the above captioned matter, until the arrest of the first defendant or until further order of the Court, for the reason that the named defendants may flee, the integrity of the ongoing investigation might be compromised, and the safety of certain witnesses could be compromised should knowledge of this indictment become public.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
RICHARD D. GREGORIE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar Number 549495
99 Northeast 4th Street, 7th floor
Miami, Florida 33132-2111
(305) 961-9148
(305) 536-7213 (Fax)
dgregorie@usdoj.gov